**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VALERIE MESCIA-DONNELLY,

      Plaintiff,

v.    Case No:    6:22-cv-1758-WWB-LHP

JAMES D. CAMP, JR. , JAMES D.
CAMP, III , LAWRENCE SAUL
BLUMBERG and NICHOLAS
MESCIA, III ,

      Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**  MOTION TO COMPEL DISCOVERY UPON ALL DEFENDANT'S UNDER LOCAL RULES 3.01, RULE 3.03 DISCLOSURE OF DOCUMENTS    (Doc. No. 14)
>
> **FILED:**    October 31, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

> **MOTION:**  PLAINTIFF'S MOTION TO COMPEL DISCLOSURE AND DISCOVERY UNDER FEDERAL RULE 37, RULE 26(b)(1) FOR A COURT ORDER TO PROBATE

> **COURT VOLUSIA COUNTY RELEASE 378 CONFIDENTIAL DOCUMENTS** (Doc. No. 15)
>
> **FILED:** October 31, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff, proceeding *pro se*, has filed two motions seeking to compel Defendants to produce discovery. Doc. Nos. 14, 15. The motions are due to be denied for failure to comply with the Local Rules, including Local Rules 1.08 and 3.01. Moreover, discovery has not yet opened in this case. *See* Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f). . . ."); Fed. R. Civ. P. 26(f) (setting forth the requirements and timing for a case management conference). It does not appear that Defendants have even been served in this matter, much less that the parties have conducted the required case management conference under Rule 26. Thus, discovery has not yet commenced, and the motions to compel (Doc. Nos. 14, 15) are **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2022.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties