UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VALERIE MESCIA-DONNELLY,

      Plaintiff,

v.                                                                                  Case No:   6:22-cv-1758-WWB-LHP

JAMES D. CAMP, JR. , JAMES D. CAMP, III , LAWRENCE SAUL BLUMBERG and NICHOLAS MESCIA, III ,

      Defendants

## ORDER

This cause comes before the Court on review of the file.   Plaintiff, appearing *pro se*, instituted this action in the United States District Court in and for the Northern District of Florida.   Doc. No. 1.   The matter was transferred to this Court on September 26, 2022.   Doc. Nos. 5–8.   Prior to transfer, Plaintiff filed a motion to proceed *in forma pauperis*, but it does not appear that the request was ruled upon before the transfer.   *See* Doc. No. 2.   Nor was the matter flagged as a pending motion upon transfer.

Now before the Court is Plaintiff's "Third Request to the Court to Serve Defendant's Under Federal Rule (4) Servicxe [sic] of Process Via U.S. Marshal's

Upon Defendant's."  Doc. No. 19.  Upon review of the filing, and the remainder of the docket, it appears that the request for service by the United States Marshal pertains to Plaintiff's request to proceed *in forma pauperis*, which, as discussed, has not yet been addressed on its merits.  Nor does a review of the file indicate that Plaintiff has provided sufficient information for the Court to rule upon such request.

Accordingly, it is **ORDERED** as follows:

1. Plaintiff's "Third Request to the Court to Serve Defendant's Under Federal Rule (4) Servicxe [sic] of Process Via U.S. Marshal's Upon Defendant's" (Doc. No. 19) is **DENIED without prejudice**.

2. On or before **January 18, 2023**, Plaintiff may renew her request to proceed *in forma pauperis* by filing a completed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).  Plaintiff is advised that she must complete all sections of the Long Form Application – leaving any section blank may result in a denial of *in forma pauperis* status. Alternatively, on or before that date, Plaintiff shall pay the filing fee in full.

3. The **Clerk of Court** is **DIRECTED** to mail a copy of the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) to Plaintiff, along with a copy of this Order.[1]

---

[1] The Application to Proceed in District Court Without Prepaying Fees or Costs

4. Plaintiff is cautioned that failure to comply with this Order may result in sanctions, up to and including dismissal of this case, without further notice.

**DONE** and **ORDERED** in Orlando, Florida on January 4, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

(Long Form) is also available on the Court's website, https://www.flmd.uscourts.gov, by selecting "For Litigants," and "Litigants Without Lawyers," and then selecting "Forms."